**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 4, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00942-CV

---

## KIMBERLY ANN NORTHUP AND DAVID P. NORTHUP, Appellants

## V.

## KEVIN R. DYKMAN, Appellee

---

**On Appeal from the 66th District Court
Hill County, Texas
Trial Court Cause No. CV243-22DC**

---

### MEMORANDUM OPINION

This is an appeal from an order signed December 14, 2022. On March 15, 2023, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant